UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARCUS PLANK,<br><br>Defendant. | 26 Cr. 316 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court understands that Mr. Plank intends to plead guilty pursuant to a plea agreement. Accordingly, the Government and Mr. Plank are hereby ORDERED to appear for a change of plea hearing on **December 3, 2026**, at **11:30 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: November 25, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge